## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MANUEL RODRIGUEZ                                              PLAINTIFF


V.                              NO. 3:10CV00077 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT


## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED,

ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of May, 2011.


_____
UNITED STATES MAGISTRATE JUDGE