IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MANUEL RODRIGUEZ                                  PLAINTIFF

V.                               3:10CV00077 JTR

MICHAEL J. ASTRUE,                           DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a Motion for an Award of Attorney's Fees and Other Expenses pursuant to the Equal Access to Justice Act (EAJA) (docket entry #14). The Commissioner has responded (docket entry #16).

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order and judgment, as Plaintiff did in this case (docket entries #12, #13), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

Pursuant to an agreement between Plaintiff's counsel and the Office of General Counsel of the Social Security Administration, Plaintiff seeks an EAJA award for 8.0

hours of work done by his attorneys during 2010 and 2011 at an adjusted hourly rate of $175.00 (docket entry #15-1, at 1-2, 12-14). Furthermore, he seeks payment for 3.85[1] hours of work done by paralegal assistants at an hourly rate of $75.00, plus expenses in the amount of $16.62, for a total award of $1,705.37 (*id.* at 9-10, 12-14). The Commissioner does not oppose the EAJA request, and has no objection to the hourly rate or number of hours requested.

The Court finds that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses under the EAJA (docket entry #14) is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiff is awarded $1,705.37 in attorney's fees and expenses under the EAJA.

DATED this 29th day of September, 2011.


UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion misstates the number of paralegal hours as 3.65 (docket entry #14, at 1). The awarded fee is based on the number of hours substantiated in counsel's itemization (docket entry #15-1, at 12-14).